# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                              Case No. 6:97-cr-176-Orl-18GJK

DAMIEN HIGGERSON

_____

## REPORT AND RECOMMENDATION

## TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration after oral argument on the following motion:

| MOTION: | MOTION FOR MODIFICATION OF CONDITIONS OR TERMS OF SUPERVISION SUPERVISED RELEASE (Doc. No. 78) |
|---|---|
| FILED: | April 6, 2009 |

Thereon it is RECOMMENDED that the motion be DENIED.

This matter comes before the Court on the Government's Motion for Modification of the Conditions of Supervised Release (the "Motion"). Doc. No. 78. On July 15, 2009, the Court held an evidentiary hearing. At that time, U.S. Probation Officer Kevin Krause and the Defendant testified.

After a jury trial, the Defendant, Damien Higgerson was convicted of three counts of possession of cocaine base with intent to distribute. Doc. No. 46. The Defendant was sentenced to 151 months in custody followed by 5 years of supervised release. Doc. No. 50. The Defendant served his prison term and, on March 5, 2008, the Defendant's supervised release commenced.

1